Jeffrey B. Maltzman, CA Bar No. 131758
MALTZMAN & PARTNERS, PA
Physical Address: 681 Encinitas Boulevard, Suite 315
                           Encinitas, California 92024
Mailing Address: 55 Miracle Mile, Suite 320
                           Coral Gables, FL   33134
Telephone:  (760) 942-9880
Facsimile:  (760) 942-9882
E-mail:  jeffrey@maltzmanpartners.com

Attorneys for Defendant. PRINCESS CRUISE LINES, LTD.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE (B.U.) <br><br> Plaintiff, <br><br> v. <br><br> PRINCESS CRUISE LINES, LTD., a corporation for profit, PARK WEST GALLERIES, INC. a corporation for profit, <br><br> Defendants. | Case No. 2:23-cv-00009-MEMF-AFM <br> Action Filed: January 3, 2023 <br><br> **NOTICE OF MOTION OF DEFENDANT PRINCESS CRUISE LINES, LTD. TO DISMISS PLAINTIFF'S COMPLAINT** <br><br> DATE: June 1, 2023 <br> TIME: 10:00 a.m. <br> LOC.: Courtroom 8B <br> JUDGE: The Honorable Maame Ewusi-Mensah <br><br> Trial Date: TBD |

TO THE COURT AND TO ALL COUNSEL OF RECORD:")

1

**NOTICE OF MOTION OF DEFENDANT PRINCESS CRUISE LINES DISMISS PLAINTIFF'S COMPLAINT**

PLEASE TAKE NOTICE that on June 1, 2023 at 10:00 a.m., or as soon thereafter as counsel may be heard, in Courtroom 8B (8th floor) of the above-entitled Court located at 350 W. 1st Street, Los Angeles, CA. 90012 - defendant PRINCESS CRUISE LINES, LTD. (hereinafter "Defendant") will, and hereby does move the Court for an order Dismissing Plaintiff Jane Doe's ("Plaintiff") to Dismiss Plaintiff's Complaint and Demand for Jury Trial (ECF No. 1, "Complaint") pursuant to Fed. Rul. Civ. Proc. 12(b)(6), on the grounds that the Complaint violates the pleading standards of Federal Rule of Civil Procedure Rule 8; and thus, deprives Defendants of knowing exactly what they are accused of doing wrong, and on the grounds Plaintiff's claims for vicarious liability lack the factual allegations necessary to support the conclusions alleged.

## **CERTIFICATE OF COMPLIANCE WITH CD CA L.R. – 7-3**

This motion is made following several conferences of counsel pursuant to L.R. 7-3 which took place between February 16, 2023 and February 27, 2023. The Parties were unable to agree on a resolution.

Defendant PRINCESS's motion will based on this Notice and the Memorandum of Points and Authorities filed concurrently herewith, the pleadings and papers on file in this action, as well as any other written or oral evidence or argument as may be submitted at the hearing of this motion.

DATED:  February 28, 2023

Respectfully submitted,

MALTZMAN & PARTNERS, PA


By: /s/ *Jeffrey B. Maltzman*
Jeffrey B. Maltzman
Attorney for Defendant
PRINCESS CRUISE LINES, LTD.

**NOTICE OF MOTION OF DEFENDANT PRINCESS CRUISE LINES DISMISS PLAINTIFF'S COMPLAINT**

# CERTIFICATE OF SERVICE

<u>JANE DOE (B.U.) v. PRINCESS CRUISE LINES, LTD., a corporation for profit, PARK WEST GALLERIES INC., a corporation for profit</u>
Case No. 2:23-CV-00009-MEMF-AFM
UNITED STATES DISTRICT COURT, CENTRAL DISTRIT OF CALIFORNIA

I HEREBY CERTIFY that on **February 28, 2023**, I electronically filed **NOTICE OF MOTION OF DEFENDANT PRINCESS CRUISE LINES, LTD. TO DISMISS PLAINTIFF'S COMPLAINT** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

| Carol L. Finklehoffe, Esq.<br>LIPCON, MARGULIES & WINKLEMAN, P.A. One Biscayne Tower, Suite 1776<br>2 South Biscayne Boulevard<br>Miami, FL 33131<br>cfinklehoffe@lipcon.com | *Attorney(s) for Plaintiff, JANE DOE (B.U.)* |
|---|---|

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

s/ *Jeffrey B. Maltzman*
Jeffrey B. Maltzman

**NOTICE OF MOTION OF DEFENDANT PRINCESS CRUISE LINES DISMISS PLAINTIFF'S COMPLAINT**