Jeffrey B. Maltzman, CA Bar No. 131758
MALTZMAN & PARTNERS, PA
Physical Address:  681 Encinitas Boulevard, Suite 315
                   Encinitas, California 92024
Mailing Address:   55 Miracle Mile, Suite 320
                   Coral Gables, FL  33134
Telephone:         (760) 942-9880
Facsimile:         (760) 942-9882
E-mail:            jeffrey@maltzmanpartners.com

Attorneys for Defendant. PRINCESS CRUISE LINES, LTD.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE (B.U.) | Case No. 2:23-cv-00009-MEMF-AFM |
| Plaintiff, | Action Filed: January 3, 2023 |
| v. | **NOTICE OF MOTION OF DEFENDANT PARK WEST TO DISMISS PLAINTIFF'S COMPLAINT** |
| PRINCESS CRUISE LINES, LTD., a corporation for profit, PARK WEST GALLERIES, INC. a corporation for profit, | DATE:   June 1, 2023<br>TIME:   10:00 a.m.<br>LOC.:   Courtroom 8B<br>JUDGE: The Honorable Maame Ewusi-Mensah |
| Defendants. | Trial Date: TBD |

TO THE COURT AND TO ALL COUNSEL OF RECORD:")

1

PLEASE TAKE NOTICE that on June 1, 2023 at 10:00 a.m., or as soon thereafter as counsel may be heard, in Courtroom 8B (8th floor) of the above-entitled Court located at 350 W. 1st Street, Los Angeles, CA. 90012 - defendant PARK WEST GALLERIES, INC.. (hereinafter "Defendant") will, and hereby does move the Court for an order Dismissing Plaintiff Jane Doe's ("Plaintiff'") Complaint and Demand for Jury Trial (ECF No. 1, "Complaint") pursuant to Fed. Rul. Civ. Proc. 12(b)(6) for failure to state a claim upon which relief can be granted.

## **CERTIFICATE OF COMPLIANCE WITH CD CA L.R. – 7-3**

This motion is made following several conferences of counsel pursuant to L.R. 7-3 which took place between February 16, 2023 and February 27, 2023. The Parties were unable to agree on a resolution.

Defendant PARK WEST GALLERIES INC's, motion will based on this Notice and the Memorandum of Points and Authorities filed concurrently herewith, the pleadings and papers on file in this action, as well as any other written or oral evidence or argument as may be submitted at the hearing of this motion.

DATED:  February 28, 2023

          Respectfully submitted,
          MALTZMAN & PARTNERS, PA


      By: /s/ *Jeffrey B. Maltzman*
          Jeffrey B. Maltzman
          Attorney for Defendant
          PRINCESS CRUISE LINES, LTD.

# CERTIFICATE OF SERVICE

<u>JANE DOE (B.U.) v. PRINCESS CRUISE LINES, LTD., a corporation for profit, PARK WEST GALLERIES INC., a corporation for profit</u>
Case No. 2:23-CV-00009-MEMF-AFM
UNITED STATES DISTRICT COURT, CENTRAL DISTRIT OF CALIFORNIA

I HEREBY CERTIFY that on **February 28, 2023**, I electronically filed **NOTICE OF MOTION OF DEFENDANT PARK WEST GALLERIES, INC. TO DISMISS PLAINTIFF'S COMPLAINT** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| Carol L. Finklehoffe, Esq.<br>LIPCON, MARGULIES & WINKLEMAN, P.A. One Biscayne Tower, Suite 1776<br>2 South Biscayne Boulevard<br>Miami, FL 33131<br>cfinklehoffe@lipcon.com | *Attorney(s) for Plaintiff, JANE DOE (B.U.)* |

    I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

                                                     s/ *Jeffrey B. Maltzman*
                                                     Jeffrey B. Maltzman